| | |
|---|---|
| MICHAEL MOREAU | CIVIL ACTION NO. |
| VERSUS | UNITED STATES DISTRICT COURT |
| REPLACEMENT PARTS, INC, BUMPER TO BUMPER, AND CROW-BURLINGAME CO. | WESTERN DISTRICT OF LOUISIANA |
| | JURY TRIAL REQUESTED |

## COMPLAINT

Plaintiff **MICHEAL MOREAU ("Moreau")**, a competent individual of majority and domiciled in St. Landry Parish, Louisiana, alleges in support of this Complaint the following:

1.

Made Defendants herein are:

A) **Replacement Parts, Inc.**, an Arkansas corporation with headquarters located at 1901 E Roosevelt Rd, Little Rock, Arkansas 72206 and a principle place of business in Louisiana located at 130 Desiard St. 7th Floor, Monroe, Louisiana 71210;

B) **Bumper to Bumper Auto Parts**, a Texas company with headquarters located at 2706 Treble Creek, San Antonio, Texas 70258 and a principle place of business in Louisiana located at 314 Cypress, West Monroe, Louisiana 71291; and

C) **Crow-Burlingame Company**, an Arkansas corporation with headquarters located at 1901 E Roosevelt Rd, Little Rock, Arkansas 72206 and a principle place of business in Louisiana located at 314 Cypress, West Monroe, Louisiana 71291.

2.

Defendants, upon information and belief, are co-owners of Bumper to Bumper Auto Parts/Crow Burlingame situated and doing business in Port Barre, Louisiana. This location is designated as store #181.

3.

At all times relevant to this Complaint, Moreau was employed by Defendants' Port Barre, Louisiana store #181 for approximately 15 years.

4.

Moreau's employment was based on a 50 hour per week salary. However, more weeks than not, Mr. Moreau worked well over 50 hours and not once received overtime pay. Indeed, defendants' misclassified Moreau as exempt from the payment of overtime compensation under the provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216 *et. seq.*

5.

Defendants' had no probable cause to misclassify Moreau as exempt from the payment of overtime under the FLSA.

6.

Based on his duties and authority, Moreau was not a bona fide executive, administrative, or professional employee, which would exempt him from the payment of overtime under the FLSA.

7.

Moreau was terminated by defendants sometime in early 2019. Moreau is unable to provide a date for the termination because defendants' failed to advise Moreau of the termination. Rather, Moreau learned about the termination from his insurer when his medical benefits had been terminated.

8.

Defendants are liable to Moreau for unpaid overtime, liquidated damages, attorney's fees, and costs of this action.

9.

Moreau respectfully requests a trial by jury.

**WHEREFORE**, Plaintiff Michael Moreau prays that Defendants, Replacement Parts, Inc., Bumper to Bumper Auto Parts, and Crow-Burlingame Company after all due proceedings, there be judgment in favor of Michael Moreau and against Defendants, Replacement Parts, Inc., Bumper to Bumper Auto Parts, and Crow-Burlingame Company, *in solido*, in the full amount of all past due overtime wages owed to Michael Moreau, liquidated damages, attorney's fees, and all costs of these proceedings, and all other relief to which Michael Moreau may be entitled.

Respectfully submitted,

_____
TRAVIS J. BROUSSARD (#33036)
TYLER RUSH (#38069)
**Durio, McGoffin, Stagg & Ackermann**
220 Heymann Boulevard (70503)
Post Office Box 51308
Lafayette, LA 70505-1308
Phone: (337) 233-0300
Fax:    (337) 233-0694
Email: Travis@dmsfirm.com
         Tyler@dmsfirm.com

**Counsel for Plaintiff, Michael Moreau**

| | |
|---|---|
| **MICHAEL MOREAU** | **CIVIL ACTION NO.** |
| **VERSUS** | **UNITED STATES DISTRICT COURT** |
| **REPLACEMENT PARTS, INC, BUMPER TO BUMPER, AND CROW-BURLINGAME CO.** | **WESTERN DISTRICT OF LOUISIANA** <br> **JURY TRIAL REQUESTED** |

## VERIFICATION

BEFORE ME, the undersigned Notary Public, personally came and appeared MICHAEL MOREAU, who, after first being duly sworn, did depose and state the following:

1.

I am a person of the full age of majority and resident of the Parish of St. Landry, State of Louisiana.

2.

I have read the allegations asserted in the Complaint and affirm them to be true and correct to the best of my knowledge, information, and belief.

_____
Michael Moreau, Affiant

SWORN AND SUSCRIBED before me, Notary, this 20 day of May, 2019 at Lafayette, Louisiana.

_____
NOTARY PUBLIC



4